**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
MARY J. LIGGINS,                   :
                                   :
        Plaintiff,                 :
                                   :
   v.                              :  Civil Action No. 04-1207 (JR)
                                   :
JOHN W. CARLIN, Archivist of the   :
United States,                     :
                                   :
        Defendant.                 :
```

**ORDER**

For the reasons stated in the accompanying memorandum, the government's motion for summary judgment [# 3] is **granted.**

```
                              JAMES ROBERTSON
                        United States District Judge
```